IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IVONNE A. MORENO, | § | |
|---|---|---|
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:23-cv-00779-O |
| KUANE BROWN, | § | |
| Defendant. | § | |

# FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. This case is **REMANDED** back to the Tarrant County Court at Law 1.

2. The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring the same.

3. The clerk shall transmit a true copy of this Judgment to the parties.

**SO ORDERED** on this **26th day** of **July, 2023.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE

1